Decided September 10, 2008

## STATE OF CONNECTICUT *v.* ONE OR MORE PERSONS OVER WHOM THE COURT'S JURISDICTION HAS NOT YET BEEN INVOKED

The petition by the plaintiff in error Jon B. Chase for certification for appeal from the Appellate Court, 107 Conn. App. 760 (AC 29117), is denied.

*Jon B. Chase,* in support of the petition.

Decided September 10, 2008

## STATE OF CONNECTICUT *v.* CLAUDE L. PERRY, JR.

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 788 (AC 27289), is denied.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided September 10, 2008